No. 303, Misc. HINDERHAN *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 349, Misc. STIDHAM *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 522, Misc. LEDBETTER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* and *Frank D. Reeves* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 529, Misc. ROUSSEAU *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 531, Misc. BURKHOLDER *v.* UNITED STATES MARITIME COMMISSION ET AL. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Soboloff* for the United States and the United States Maritime Commission, respondents.